UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-7851-MWF(KSx)**                              Dated: **May 29, 2018**

Title:    Regina Catalfamo -*v*- Granite Construction Company, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE

    In light of the Mediation Report filed May 25, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 25, 2018 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                    Initials of Deputy Clerk   cw
CIVIL - GEN

-1-