CHANTAL MCCOY PAYTON, ESQ. (SBN: 293215)
**KNIGHT EMPLOYMENT LAW**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 444-3039
Facsimile: (310) 870-7207
ChantalPayton@KnightEmploymentLaw.com

Attorney for Plaintiff
REGINA CATALFAMO

Leonora M. Schloss, ESQ. (SBN: 145142)
Kristel B. Haddad, ESQ. (SBN: 273250)
**JACKSON LEWIS, P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
Leonora.Schloss@jacksonlewis.com
Kristel.Haddad@jacksonlewis.com

Attorneys for Defendants
GRANITE CONSTRUCTION COMPANY, and
GRANITE CONSTRUCTION INCORPORATED

JS-6

# UNITED STATES DISTRICRT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA CATALFAMO, an individual, | Case No.: 2:17-cv-07851-MWF-KS |
| Plaintiff, | **ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GRANITE CONSTRUCTION COMPANY, a California corporation; GRANITE CONSTRUCTION INCORPORATED, a Delaware corporation; DOES 1-10, business entities; DOES 11-20, individuals; and DOES 21-30, inclusive, | Complaint Filed: September 25, 2017<br>Judge: Hon. Robert L. Hess |
| Defendants. | |

1  THIS COURT, having read and considered the parties' Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation"), hereby GRANTS the Stipulation.

IT IS ORDERED that the subject action be dismissed, with prejudice, and the parties shall each pay their own attorneys' fees and costs.

Dated: June 14, 2018

*[signature]*
HON. MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE